EILEEN M. DECKER
United States Attorney
LAWRENCE MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 190414
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:  (213) 894-2727
   Facsimile:  (213) 894-7177
   E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 15-6655-GW(MRWx) |
|       Plaintiff, | |
|   vs. | **CONSENT JUDGMENT OF FORFEITURE** |
| CALIFORNIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL LICENSE NUMBER 410889 ISSUED TO ERDM, INC. DBA "EL RODEO", | |
|       Defendant. | |
| ERDM, INC., | |
|       Claimant. | |

1

This action was filed on August 31, 2015 against the defendant California Department of Alcoholic Beverage Control License Number 410889 issued to ERDM, Inc., DBA "El Rodeo" ("defendant license").  ERDM, Inc. claims an interest in the defendant license, but has not filed a claim in this case or answered the complaint.  However, ERDM, Inc. would have filed a claim and answer in this case absent this settlement.  The defendant license was seized from ERDM, Inc. and no other person or entity is believed to have an interest therein.  No other claims or answers were filed, and the time for filing such statements of interest and answers has expired.  Plaintiff United States of America and ERDM, Inc. have reached an agreement that is dispositive of the action.  Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by ERDM, Inc.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law.  All potential claimants to the defendant California Department of Alcoholic Beverage Control License Number 410889 issued to ERDM, Inc., DBA "El Rodeo" other than ERDM, Inc. are deemed to have admitted the allegations of the Complaint.  The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant California Department of Alcoholic Beverage Control

License Number 410889 issued to ERDM, Inc., DBA "El Rodeo", and no other person or entity shall have any right, title or interest therein.  The United States Drug Enforcement Administration is ordered to dispose of the defendant license in accordance with law.

     4.   ERDM, Inc.  has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of ERDM, Inc., whether pursuant to 28 U.S.C. § 2465 or otherwise.

     5.   The court finds that there was reasonable cause for the seizure of the defendant California Department of Alcoholic Beverage Control License Number 410889 issued to ERDM, Inc., DBA "El Rodeo" and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: January 15, 2016

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

DATED: January 12, 2016        EILEEN M. DECKER
                               United States Attorney
                               LAWRENCE MIDDLETON
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                                     */s/ Jonathan Galatzan*
                               JONATHAN GALATZAN
                               Assistant United States Attorney
                               Attorneys for Plaintiff
                               United States of America


DATED: September 20, 2015


                                       */s/ Manny Medrano*
                               MANNY MEDRANO, ESQ.
                               Attorney for Claimant
                               ERDM, INC.


DATED: January 11, 2016              */s/ ERDM, Inc.*
                               ERDM, INC.,
                               Claimant

4